Date Printed: Mon Jun 21 08:19:35 CDT 2021

# Case Summary

Cause Number: 210234-C                                        Last Filed:06/03/2021
Style: Kennedy Lee Tasker Vs. Reliable Carriers Inc., et al
Case Type: Injury or Damage:  Involving Motor vehicle
Category: Civil                    Court: 260th District Court

## Party(s) of Case: 210234-C

| # | Party | Name | Inactive Date |
|---|---|---|---|
| 1. | Plaintiff Atty | Chawdhary,Omar | |
| 2. | Defendant | Reliable Carriers Inc, | |
| 3. | Defendant | Smith,Travis | |
| 4. | Plaintiff | Tasker,Kennedy | |

<div style="color:red; text-align:center">No Court Setting Data Found</div>

## Event(s) of Case: 210234-C

| # | Type | Date/Time | Description |
|---|---|---|---|
| 1. | PLAINTIFF'S ORIGINAL PETITION | 06/03/2021 | PLAINTIFF'S ORIGINAL PETITION |
| 2. | E-FILE RECEIPT | 06/03/2021 | E-FILE RECEIPT |
| 3. | REQ FOR PROCESS FORM | 06/03/2021 | REQ FOR PROCESS FORM |
| 4. | CITATION REQUESTED (PROCESS SERVER) | 06/03/2021 | CITATION REQUESTED (PROCESS SERVER) 2 |
| 5. | JURY DEMAND | 06/03/2021 | JURY DEMAND |
| 6. | CITATION ISSUED (PROCESS SERVER) | 06/04/2021 | CITATION ISSUED (PROCESS SERVER) Emailed to filing@thewebsterlawfirm.com |
| 7. | CITATION ISSUED (PROCESS SERVER) | 06/04/2021 | CITATION ISSUED (PROCESS SERVER) Emailed to filing@thewebsterlawfirm.com |
| 8. | CITATION RETURNED | 06/08/2021 | CITATION RETURNED |

## Case Type(s) of Case: 210234-C

| Case Type | Filing Date | Disposition | Disposition | Case Age |
|---|---|---|---|---|
| 1. Injury or Damage:  Involving Motor vehicle | 06/03/2021 | | | 18 Days |

## Fees Fines(s) of Case: 210234-C

| # | Date Due | Fee/Fine | Amount | Payment | Current Bal | Party Responsible |
|---|---|---|---|---|---|---|
| 1. | 06/03/2021 | BASIC COURT COSTS - CIVIL | $ 262.00 | $ 262.00 | $ 0.00 | Kennedy Tasker |
| 2. | 06/03/2021 | CITATION REQ (PROCESS SERVER) | $ 8.00 | $ 8.00 | $ 0.00 | Kennedy Tasker |
| 3. | 06/03/2021 | CITATION REQ (PROCESS SERVER) | $ 8.00 | $ 8.00 | $ 0.00 | Kennedy Tasker |
| 4. | 06/03/2021 | JURY DEMAND + | $ 40.00 | $ 40.00 | $ 0.00 | Kennedy Tasker |
| | | Totals: | $ 318.00 | $ 318.00 | $ 0.00 | |

## Payments(s) of Case: 210234-C

| # | Payment No. | Payment Date | Method | Amount | Paid By |
|---|---|---|---|---|---|
| 1. | 264058 | 06/08/2021 | CK | $ 318 | Jason Webster (efile) |
| | | | Total: | $318.00 | |

**STATE OF TEXAS**

**COUNTY OF ORANGE**

I, VICKIE EDGERLY, Clerk of the District Court in and for Orange County, Texas, do hereby certify that the above and foregoing is a copy and appears as the record in my office.

Witness my official seal and signature of office on Orange, Texas, on June 21, 2021.



**VICKIE EDGERLY, DISTRICT CLERK**
ORANGE COUNTY, TEXAS

FILED: 6/3/2021 5:19 PM
Vickie Edgerly, District Clerk
Orange County, Texas
Envelope No. 54087103
Reviewed By: Maria Hernandez

Cause No. D210234-C

| | | |
|---|---|---|
| **KENNEDY LEE TASKER**<br>    Plaintiff, | §<br>§<br>§ | IN THE DISTRICT COURT OF |
| vs. | §<br>§ | ORANGE COUNTY, TEXAS |
| **RELIABLE CARRIERS INC. and TRAVIS SMITH**<br>    *Defendants.* | §<br>§<br>§ | 260th   JUDICIAL DISTRICT |

<u>**PLAINTIFF'S ORIGINAL PETITION**</u>

NOW COMES, Plaintiff, KENNEDY LEE TASKER, and hereby files this action against, RELIABLE CARRIERS INC. and TRAVIS SMITH (collectively "Defendants") and alleges the following:

## I.   DISCOVERY CONTROL PLAN

1.1   Pursuant to Rule 190.3 of the Texas Rules of Civil Procedure, Plaintiff alleges that discovery in this case should be conducted under Level III.

## II.   PARTIES

2.1   Plaintiff, Kennedy Lee Tasker, is a citizen and resident of Lake Charles, Louisiana and has been at all times relevant herein.

2.2   Defendant, Reliable Carriers Inc. ("RCI"), is a Tennessee corporation that does business in Texas and can be served by and through its registered agent, Franklin Henderson, at 2147 Volunteer Pkwy, Manchester, TN 37355 or wherever he may be found.

1

2.3     Defendant, Travis Smith, is a citizen and resident of Cowan, Tennessee. Defendant, Travis Smith may be served with process at 213 Looney Street, Cowan, TN 37318 or wherever he may be located.

### III.     ASSUMED AND COMMON NAMES

3.1     Pursuant to Rule 28 of the Texas Rules of Civil Procedure, Plaintiff hereby gives Defendants notice that they are being sued in all of their business or common names regardless of whether such businesses are partnerships, unincorporated associations, individuals, entities, or private corporations.

### IV.     VENUE & JURISDICTION

4.1     Venue is proper in Orange County, Texas, pursuant to Texas Civil Practice & Remedies Code section 15.002(a)(1) as Orange County is the county where the acts or omissions giving rise to the cause of action occurred.

4.2     This Court has jurisdiction over the lawsuit because the amount in controversy exceeds this Court's minimum jurisdictional requirements.

4.3     It does not offend "traditional notions of fair play and substantial justice" to require RCI to defend itself in this forum, since RCI transports interstate commerce in and through the State of Texas. Accordingly, the contacts, ties and relations of RCI to the State of Texas are sufficient to give rise to the exercise of personal jurisdiction over it by courts in the State of Texas.

4.4     Defendant, RCI, is subject to the general and specific jurisdiction of this Court, and the Courts of the State of Texas, in that RCI's contacts are continuous and systematic and its alleged

liability arises from or is related to activities conducted within the State of Texas. All of its contacts are purposeful and for the intent to profit within the State of Texas. RCI purposely and intentionally availed itself of the privilege of conducting activities within the State of Texas.

## V.  FACTS

5.1    On June 5, 2019, Kennedy Tasker was driving his car east in the inside lane of Interstate 10 in Orange County, Texas. At the same time, Defendant, Travis Smith, was operating an 18-wheeler east on Interstate 10 in the center lane.

5.2    The 2018 Freightliner Cascadia 125 that Travis Smith was driving was owned, operated, controlled, and/or maintained by RCI, and was entrusted to Smith by RCI. Smith was acting as an employee of; working within the course and scope of his duties for; performing services in furtherance of the business interest of; driving in furtherance of a mission for the benefit of; subject to the control as to the details of his mission by; and operating a commercial motor vehicle under the badge and D.O.T. number of RCI.

5.3    While driving east on Interstate 10, Travis Smith, failed to maintain his lane of travel and crossed left into Mr. Tasker's lane. Defendant collided with Plaintiff's car while improperly changing lanes. There is nothing Plaintiff did to cause or contribute to this collision.



5.4     Plaintiff was transported by Acadian Ambulance to St. Patrick Hospital in Lake Charles due to the injuries sustained from this incident.

## VI.     CAUSES OF ACTION

### a. *Negligence of Travis Smith*

6.1     Defendant, Travis Smith, was negligent in the operation of the vehicle in question.  At the time of the incident made the basis of this suit, Defendant, Travis Smith, was operating the aforementioned vehicle in a negligent and careless manner in the following respects which, among others, may be shown at the trial of this cause:

        a.     In failing to maintain his lane of travel;

    b.    In failing to keep a proper lookout;

    c.    In failing to timely swerve from causing the collision;

    d.    In changing lanes when it was unsafe to do so;

    e.    In failing to operate the vehicle in a reasonable and prudent manner;

    f.    In failing to operate the commercial vehicle in obedience to traffic laws and regulations;

    g.    In failing to operate the commercial vehicle in obedience to the Federal Motor Carrier Safety Regulations; and,

    h.    Driver inattention.

6.2    Each of these acts and omissions, singularly or in combination with others, constitute negligence which was the proximate cause of this incident, and the injuries sustained by Plaintiff, Kennedy Lee Tasker.

6.3    Plaintiff would show that nothing he did, or failed to do, in any way contributed to this incident.

    **b.  *Vicarious Liability***

6.4    On the occasion in question, Travis Smith committed acts of omission and commission.

6.5    The acts of omission and commission constitute negligence, as that term is understood at law.

6.6    Smith's acts of omission and commission include, but are not limited to:

    (a)    Crossing over lanes without yielding to Mr. Tasker;

    (b)    In failing to maintain a lane; and,

    (c)    Failing to keep a proper lookout.

6.7.     Said acts of omission and commission were proximate causes of the subject crash, the injuries Plaintiff's resulting damages.

6.8.     Defendant RCI is liable under the doctrine of *respondeat superior* for the conduct of Smith, as Smith's negligent actions occurred while in the course and scope of his duties for RCI, and while driving under RCI's badge and D.O.T. number.

     *c.*     ***Negligence of RCI***

6.9.     On the occasion in question, Defendant RCI committed acts of omission and commission.

6.10.    The acts of omission and commission constitute negligence, as that term is understood at law.

6.11.    RCI's acts of omission and commission include, but are not limited to:

    (a)     Failing to train Mr. Smith on how to drive in various weather conditions;

    (b)     Failing to exercise due care in hiring, contracting with, and/or utilizing commercial motor vehicle drivers, including Smith;

    (c)     Failing to inquire and/or test, or failing to exercise due care in inquiring and/or testing, commercial motor vehicle drivers' competence to operate a commercial motor vehicle, including Smith's competence, or lack thereof;

    (d)     Failing to train, or failing to exercise due care in training, commercial motor vehicle drivers to operate commercial motor vehicles safely, including Smith;

    (e)     Failing to monitor and/or supervise, or failing to exercise due care in monitoring and/or supervising, commercial motor vehicle driver's competence to operate a commercial motor vehicle, including Smith's competence, or lack thereof;

    (f)     Retaining Smith; and,

    (g)     Entrusting a commercial motor vehicle to Smith.

5.10.    Said acts of omission and commission were proximate causes of the subject crash and Plaintiff's resulting damages.

## VII.    GROSS NEGLIGENCE BY DEFENDANTS

7.1    The dangerous condition created by Defendants' actions and/or omissions constitutes gross negligence as that term is defined under Texas law.  Defendants' acts and/or omissions, when viewed objectively from Defendants' standpoint, involved an extreme degree of risk, considering the probability and magnitude of the potential harm to others.  Moreover, Defendants had actual subjective awareness of the unreasonably dangerous risk of injury posed by its activities, but nevertheless proceeded with conscious indifference to the rights, safety and welfare of Plaintiff and others on the roadway.  Defendants' gross negligence was a proximate cause of Plaintiff's injuries and damages.

## VIII.    DAMAGES

8.1.    There are certain elements of damages, provided by law, that Plaintiff is entitled to have the jury in this case separately consider to determine the sum of money for each element that will fairly and reasonably compensate him for the injuries and damages and losses incurred and to be incurred.

8.2.    As a result of the foregoing, Plaintiff has sustained and seeks recovery for his significant injuries and damages, including the following:

        a.    Past and future medical expenses;

        b.    Past and future physical pain and suffering;

  c. Past and future mental anguish;

  d. Past and future wages and loss of earning capacity;

  e. Past and future disfigurement;

  f. Past and future physical impairment; and,

  g. Past and Future loss of household services.

8.3. Plaintiff reserves the right to plead additional and more specific damages in the future as more facts become known.  Plaintiff seeks both past and future damages. Damages far exceed the minimum jurisdictional limits of this Court.  As such, Plaintiff affirmatively pleads that he seeks monetary relief over $1,000,000.00, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees; and a demand for all the other relief to which the parties deem themselves entitled.

### IX. JURY DEMAND

9.1. Plaintiff demands a trial by jury to resolve all fact issues in this case.

### X. PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that Defendants, Travis Smith and Reliable Carriers Inc., be cited to appear and answer herein, and that upon final trial hereof, Plaintiff recover from said Defendants a sum within the jurisdictional limits of the Court, costs of Court, pre-judgment and post-judgment interest at the legal rate, and for any and all further relief, both general and special, legal and equitable to which Plaintiff may be justly entitled.

Respectfully submitted,

**THE WEBSTER LAW FIRM**

By: */s/ Omar R. Chawdhary*
**JASON C. WEBSTER**
State Bar No. 24033318
**HEIDI O. VICKNAIR**
State Bar No. 24046557
**OMAR R. CHAWDHARY**
State Bar No. 24082807
**RUSSELL SERAFIN,** *of Counsel*
State Bar No. 18031500
6200 Savoy, Suite 150
Houston, Texas 77036
Telephone: (713) 581-3900
Facsimile: (713) 581-3907
filing@thewebsterlawfirm.com

**ATTORNEYS FOR PLAINTIFF**

**FILED:** 6/3/2021 5:19 PM
**Vickie Edgerly, District Clerk**
**Orange County, Texas**
**Envelope No. 54087103**
**Reviewed By: Maria Hernandez**

## CIVIL PROCESS REQUEST

FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING
FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED

**CASE NUMBER:** D210234-C         **CURRENT COURT:** _____

**TYPE OF INSTRUMENT TO BE SERVED** (See Reverse For Types): Plaintiff's Original Petition

**FILE DATE OF MOTION:** June 3, 2021
                                Month/   Day/   Year

**SERVICE TO BE ISSUED ON** (Please List Exactly As The Name Appears In The Pleading To Be Served):

1. **NAME:** Reliable Carriers Inc.
   **ADDRESS:** 2147 Volunteer Pkwy, Manchester, TN 37355
   **AGENT,** (*if applicable*): Franklin Henderson

   **TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): Citation

   **SERVICE BY** (*check one*):
   ☐ **ATTORNEY PICK-UP**       ☐ **CONSTABLE**
   ☐ **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: _____ Phone: _____
   ☐ **MAIL**       ☐ **CERTIFIED MAIL**
   ☐ **PUBLICATION:**
       Type of Publication:   ☐ **COURTHOUSE DOOR, or**
                                   ☐ **NEWSPAPER OF YOUR CHOICE:** _____
   ☒ **OTHER,** *explain* E-Issuance by District Clerk

*************************************************************************************

2. **NAME:** Travis Smith
   **ADDRESS:** 213 Looney Street, Cowan, TN 37318
   **AGENT,** (*if applicable*): _____

   **TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): _____

   **SERVICE BY** (*check one*):
   ☐ **ATTORNEY PICK-UP**       ☐ **CONSTABLE**
   ☐ **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: _____ Phone: _____
   ☐ **MAIL**       ☐ **CERTIFIED MAIL**
   ☐ **PUBLICATION:**
       Type of Publication:   ☐ **COURTHOUSE DOOR, or**
                                   ☐ **NEWSPAPER OF YOUR CHOICE:** _____
   ☒ **OTHER,** *explain* E-Issuance by District Clerk

---

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**

**NAME:** Jason C. Webster         **TEXAS BAR NO./ID NO.** 24033318

**MAILING ADDRESS:** 6200 Savoy Drive, Suite 150, Houston, Texas 77036

**PHONE NUMBER:** 713   581.3900    **FAX NUMBER:** 713   581.3907
                  area code    phone number                      area code    fax number

**EMAIL ADDRESS:** filing@thewebsterlawfirm.com

CIVCI08 Revised 9/3/99

CIVIL CITATION - CITCVWD

# THE STATE OF TEXAS

**To:** **Reliable Carriers Inc**
**RA: Franklin Henderson**
**2147 Volunteer Pkwy**
**Manchester, TN 37355**

Defendant, **NOTICE:**

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A. M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

Said **ANSWER** may be filed at the District Clerk's Office at the Orange County Courthouse, 801 W Division Ave. Ste. 106, Orange, TX 77630

In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Said **PLAINTIFF'S ORIGINAL PETITION**

was filed and docketed in the Honorable 260th District Court of Orange County, Texas at the District Clerk's Office at the Orange County Courthouse, 801 W Division Ave, Ste. 106 Orange, Texas on 3rd day of June, 2021 in the following styled and numbered cause:

**Cause No: D210234-C**

**Kennedy Lee Tasker Vs. Reliable Carriers Inc., et al**

The name and address of the attorney for plaintiff otherwise the address of Plaintiff is:
**Omar R. Chawdhary**
**6200 Savoy Drive, Suite 150**
**Houston TX 77036**

**ISSUED AND GIVEN** under my hand and seal of said Court at Orange, Texas, this June 4th, 2021.



**VICKIE EDGERLY, District Clerk**
Orange County, Texas

*Vickie Edgerly*

## RETURN

Came to hand on the _____ day of _____, 20___, at _____o'clock____, M and executed in _____County, Texas, at _____o'clock ____.M on the _____day of _____, 20___, by delivering, in accordance with the requirements of law, to the within named _____ _____In person, a true copy of this citation together with the accompanying copy of the petition, having first endorsed thereon the date of delivery.

And not executed as to the defendant _____
the diligence used to execute being _____
the cause of failure to execute is _____
the defendant may be found _____

**TOTAL FEES:** _____        BY:_____

NO. D210234-C

| | | |
|---|---|---|
| KENNEDY LEE TASKER | § § § | |
| VS. | § § § | IN THE 260TH JUDICIAL DISTRICT COURT OF ORANGE COUNTY, TEXAS |
| RELIABLE CARRIERS INC. AND TRAVIS SMITH | § | |

## AFFIDAVIT OF SERVICE

**BEFORE ME**, the undersigned authority, _____(Process Server), personally appeared **on this** _____ **day of** _____, **2021** and stated under oath as follows:

1. My name is _____(server). I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: _____
**(SERVERS ADDRESS)**

2. ON _____ (DATE) AT _____:_____ (___)M (TIME) CITATION, PLAINTIFF'S ORIGINAL PETITION, came to hand for delivery to **RELIABLE CARRIERS INC. BY SERVING ITS REGISTERED AGENT, FRANKLIN HENDERSON.**

3. ON _____ (DATE) AT _____:_____ (___) M (TIME) The above named documents were hand delivered to: **RELIABLE CARRIERS INC. BY SERVING ITS REGISTERED AGENT, FRANKLIN HENDERSON** by hand delivering to:

_____
**(NAME AND TITLE)** a person authorized to accept service @

_____
**(ADDRESS)**, in Person.

**FURTHER AFFIANT SAYETH NOT.**

_____
**SERVER'S SIGNATURE**

_____
**SERVER'S PRINTED NAME**

**SWORN TO AND SUBSCRIBED** before me by _____(server) appeared on **this** _____ **day of** _____, **2021** to attest witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND
FOR THE STATE OF _____
2021.06.564741

<div align="center">

**DELIVERY TO AUTHORIZED AGENT/OFFICER ONLY**
**DO NOT SERVE ON SUNDAYS**

</div>

**Court Record Research, Inc.**
PO Box 3796
Houston, TX 77253-3796

**ORDER #: 2021.06.564741**
**SERVICE FEE: $65.00**

DATE: Friday June 04, 2021 10:10 AM
FROM: **NATIONWIDE DEPARTMENT**
  1-800-552-3353
  UpdateUS@courtrecords.com

ATTN: Cathey, David
Member Since:   2004
Mailing:   Franklin Generals
211 South Mill St.
Morrison, Tennessee 37357
Phone(s):   (615) 604-3496
Fax Number:   (931) 318-1024
Email:   cathey78.dc@gmail.com

ENTITY BEING SERVED: **RELIABLE CARRIERS INC. BY SERVING ITS REGISTERED AGENT, FRANKLIN HENDERSON @ 2147 VOLUNTEER PKWY, MANCHESTER, TN 37355.**

CAUSE #: **D210234-C**

STYLE: **KENNEDY LEE TASKER** vs.**RELIABLE CARRIERS INC. AND TRAVIS SMITH**

<div align="center">**MEMO**</div>

Attached you will find a **CITATION, PLAINTIFF'S ORIGINAL PETITION,** for Corporate Delivery (**can only be delivered to Registered Agent, President, Vice-President or any officer of the company**). Once service has been executed, please **EMAIL** me with the details (time, date, location of service) at: UpdateUS@courtrecords.com

**ONCE SERVICE HAS BEEN MADE:**
  Complete the attached affidavit. Sign & Notarize, email to UpdateUS@courtrecords.com then mail to:
  **Att: NATIONWIDE DEPARTMENT**
  Court Record Research, Inc.
  PO Box 3796
  Houston, TX 77253

**NON SERVICE:**
  After due diligence a non service affidavit is needed, please sign & notarize and email then mail to the above address. **DO NOT FILL OUT CITATIONS FOR NONSERVES!!!**

<div align="center">

**IF HOME ADDRESS: PLEASE BE SURE YOUR ATTEMPTS INCLUDE 1 LATE NIGHT ATTEMPT AND 1 SATURDAY ATTEMPT. PLEASE SPEAK TO NEIGHBORS AND GET LICENSE PLATES.**

</div>

## THE STATE OF TEXAS

To:   Travis Smith
      213 Looney Street
      Cowan, TN 37318

Defendant, NOTICE:

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A. M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

Said **ANSWER** may be filed at the District Clerk's Office at the Orange County Courthouse, 801 W Division Ave. Ste. 106, Orange, TX 77630

In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Said     **PLAINTIFF'S ORIGINAL PETITION**

was filed and docketed in the Honorable 260th District Court of Orange County, Texas at the District Clerk's Office at the Orange County Courthouse, 801 W Division Ave, Ste. 106 Orange, Texas on 3rd day of June, 2021 in the following styled and numbered cause:

Cause No: D210234-C

Kennedy Lee Tasker Vs. Reliable Carriers Inc., et al

The name and address of the attorney for plaintiff otherwise the address of Plaintiff is:
   Omar R. Chawdhary
   6200 Savoy Drive, Suite 150
   Houston TX 77036

**ISSUED AND GIVEN** under my hand and seal of said Court at Orange, Texas, this June 4th, 2021.



VICKIE EDGERLY, District Clerk
Orange County, Texas

*Vickie Edgerly*

### RETURN

Came to hand on the _____ day of _____, 20___, at _____ o'clock____, M and executed in _____ County, Texas, at _____ o'clock ___.M on the _____ day of _____, 20___, by delivering, in accordance with the requirements of law, to the within named _____ In person, a true copy of this citation together with the accompanying copy of the petition, having first endorsed thereon the date of delivery.

And not executed as to the defendant _____
the diligence used to execute being _____
the cause of failure to execute is _____
the defendant may be found _____

CIVIL CITATION - CITGVWD
Case 1:21-cv-00321-MAC   Document 1-4   Filed 06/22/21   Page 17 of 18 PageID #: 28
FILED: 6/11/2021 3:45 PM
Vickie Edgerly, District Clerk
Orange County, Texas
Envelope No. 54349182
Reviewed By: Justin Rhodes

## THE STATE OF TEXAS

To:   Travis Smith
      213 Looney Street
      Cowan, TN 37318

Defendant, **NOTICE:**
**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A. M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

Said **ANSWER** may be filed at the District Clerk's Office at the Orange County Courthouse, 801 W Division Ave. Ste. 106, Orange, TX 77630
In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Said   **PLAINTIFF'S ORIGINAL PETITION**

was filed and docketed in the Honorable 260th District Court of Orange County, Texas at the District Clerk's Office at the Orange County Courthouse, 801 W Division Ave, Ste. 106 Orange, Texas on 3rd day of June, 2021 in the following styled and numbered cause:

**Cause No: D210234-C**

**Kennedy Lee Tasker Vs. Reliable Carriers Inc., et al**

The name and address of the attorney for plaintiff otherwise the address of Plaintiff is:
Omar R. Chawdhary
6200 Savoy Drive, Suite 150
Houston TX 77036
**ISSUED AND GIVEN** under my hand and seal of said Court at Orange, Texas, this June 4th, 2021.



VICKIE EDGERLY, District Clerk
Orange County, Texas

**RETURN**
Came to hand on the _____ day of _____, 20___, at _____ o'clock____, M and executed in _____ County, Texas, at _____ o'clock ___.M on the _____ day of _____, 20___, by delivering, in accordance with the requirements of law, to the within named _____ _____In person, a true copy of this citation together with the accompanying copy of the petition, having first endorsed thereon the date of delivery.
And not executed as to the defendant _____
the diligence used to execute being _____
the cause of failure to execute is _____
the defendant may be found _____

TOTAL FEES: _____          BY:_____

NO. D210234-C

| | | |
|---|---|---|
| **KENNEDY LEE TASKER** | § § § | |
| VS. | § | IN THE 260TH JUDICIAL DISTRICT COURT OF ORANGE COUNTY, TEXAS |
| | § § | |
| **RELIABLE CARRIERS INC. AND TRAVIS SMITH** | § | |

### AFFIDAVIT OF SERVICE

BEFORE ME, the undersigned authority, __Karen L. Barnes__ (Process Server), personally appeared on this __8th__ day of __June__, 2021 and stated under oath as follows:

1. My name is __Karen Barnes__ (server). I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is:

__P.O. Box 1064, Winchester, TN 37398__
**(SERVER'S ADDRESS)**

2. ON __6/7/21__ (DATE) AT __11:30__ (A)M (TIME) CITATION, PLAINTIFF'S ORIGINAL PETITION, came to hand for delivery to **TRAVIS SMITH**.

3. ON __6/8/21__ (DATE) AT __7:00__ (P)M (TIME) The above named documents were hand delivered to: **TRAVIS SMITH** AT:

__213 Looney St. Cowan TN 37318__
**(ADDRESS)**, in Person, **in accordance to Rule 108 TRCP.**

FURTHER AFFIANT SAYETH NOT.

__Karen L Barnes__
**SERVER'S SIGNATURE**

__Karen L Barnes__
**SERVER'S PRINTED NAME**

SWORN TO AND SUBSCRIBED before me by __Karen L Barnes__ (server) appeared on this __16th__ day of __June__, 2021 to attest witness my hand and seal of office.

__Laurie L Graham__
NOTARY PUBLIC IN AND FOR THE STATE OF __Tennessee__

10-22-24

2021.06.564738