| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| KENNEDY LEE TASKER, § § | |
| Plaintiff, § § | |
| *versus* § § | CIVIL ACTION NO. 1:21-CV-321 |
| RELIABLE CARRIERS, INC., and § TRAVIS SMITH § § | |
| Defendants. § | |

## ORDER TO CONDUCT RULE 26(f) CONFERENCE

Having been informed by the clerk that one or more defendants in this case have appeared by filing an answer or otherwise, the court directs the parties to confer as required by FED. R. CIV. P. 26(f) no later than August 2, 2021.

In addition to a discussion of the items set forth in Rule 26(f), the parties shall attempt in good faith to agree on certain matters, including deadlines for a proposed Scheduling Order, and shall file with the court a joint written report outlining their proposals no later than August 16, 2021.

The parties must include the following matters in the joint conference report:

1. A factual and legal description of the case that sets forth the elements of each cause of action and each defense;

2. The date the Rule 26(f) conference was held, the names of those persons who attended, and the parties they represented;

3. A list of any cases related to this case pending in any state or federal court, identifying the case numbers and courts along with an explanation of the status of those cases;

4. An agreed discovery/case management plan, if agreement can be reached, which will be used by the court to prepare a Scheduling Order (a sample Scheduling Order form is attached). The parties are encouraged to submit a completed Scheduling Order with their joint conference report, including proposed deadlines for the following:

   a. Joining additional parties;

   b. Filing amended pleadings;

   c. Disclosing expert testimony pursuant to FED. R. CIV. P. 26(a)(2) and Local Rule CV-26(b);

   d. Completing all discovery;

   e. Filing motions, including motions to transfer, to remand, to exclude or limit expert testimony, to dismiss, and for summary judgment;

5. A suggested date for the Final Status Conference (see attached list of the court's available Final Status Conference dates), at which time the final pretrial conference and the trial will be scheduled;

6. The expected length of trial and whether it will be to a jury or the bench; and

7. Whether the parties jointly consent to trial before a magistrate judge.

The joint conference report must be signed by counsel for each party and by any unrepresented parties.

All parties should keep in mind that the failure to participate fully in the Rule 26(f) conference or to submit the joint conference report on a timely basis may result in the imposition of sanctions authorized by FED. R. CIV. P. 16(f).

SIGNED at Beaumont, Texas, this 2nd day of July, 2021.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE

**UNITED STATES DISTRICT COURT * * * * * * * EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

KENNEDY LEE TASKER § 
 § 
*versus* § CIVIL ACTION NO. 1:21-CV-321
 § 
RELIABLE CARRIERS, INC., and § 
TRAVIS SMITH § 

## SCHEDULING ORDER

The following schedule shall be followed.[1]  All communications concerning the case shall be directed in writing to Julia Colyer, Court Administrator for Judge Crone, 300 Willow St., Suite 239, Beaumont, TX 77701.  For urgent matters, Ms. Colyer may be contacted at (409) 654-2880.

1. _____ NEW PARTIES shall be joined by this date.

2. _____ The pleadings shall be AMENDED by this date.

3. _____ PLAINTIFF shall designate EXPERT WITNESSES in writing and provide expert reports by this date.

4. _____ DEFENDANT shall designate EXPERT WITNESSES in writing and provide expert reports by this date.

5. _____ DISCOVERY shall be completed by this date.

6. _____ MOTION CUT-OFF.  Aside from motions in limine, no motion, including motions to exclude or limit expert testimony, shall be filed after this date except for good cause shown.  Without leave of court, a party may file only one summary judgment motion.  (**This date must be at least 2 weeks after the discovery completion date.**)

7. _____ The JOINT PRETRIAL ORDER, including motions in limine and a proposed charge or proposed findings of fact and conclusions of law, shall be filed and proposed trial exhibits shall be exchanged on or before this date.  (**This date must be at least 12 weeks after the motion cut-off.**)

8. _____ OBJECTIONS TO proposed exhibits, witnesses, and deposition excerpts, as well as responses to motions in limine, shall be filed by this date.  (**This date must be no more than 1 week after the Joint Pretrial Order is due.**)

9. _____ RESPONSES TO OBJECTIONS shall be filed by this date.  A failure to file a response to an objection shall create a presumption in favor of the court's sustaining the objection.  (**This date must be no more than 1 week after the objections are due.**)

10. _____ FINAL STATUS CONFERENCE at 10:00 a.m.  (**Select a date from the attached list, which must be at least 2 weeks after the responses to objections are due.**)  The case will be set for Final Pretrial Conference and Trial at the Final Status Conference.  The parties should be prepared to try the case by this date.

11. _____ Estimated time to try before a jury/the court.  (**Underline one.**)

---

[1] General Proviso:  This scheduling order does not relieve the parties from obtaining leave of court whenever required by statute, the Federal Rules of Civil Procedure, or case law.

**Beaumont Final Status Conference Dates for Judge Marcia A. Crone**

(Select one of the dates listed below to complete Number 10 of the Scheduling Order)

| | |
|---|---|
| September 3, 2021 | April 6, 2023 |
| October 1, 2021 | May 5, 2023 |
| November 5, 2021 | June 2, 2023 |
| December 3, 2021 | July 7, 2023 |
| January 7, 2022 | August 4, 2023 |
| February 4, 2022 | September 1, 2023 |
| March 4, 2022 | October 6, 2023 |
| April 1, 2022 | November 3, 2023 |
| May 6, 2022 | December 1, 2023 |
| June 3, 2022 | January 5, 2024 |
| July 1, 2022 | February 2, 2024 |
| August 5, 2022 | March 1, 2024 |
| September 2, 2022 | April 5, 2024 |
| October 7, 2022 | May 3, 2024 |
| November 4, 2022 | |
| December 2, 2022 | |
| January 6, 2023 | |
| February 3, 2023 | |
| March 3, 2023 | |